## 8480. ADAMS v. DUVALL.

GEORGE, J. 1. This suit was brought in a justice's court, upon a promissory note. The plea filed by the defendant set forth no legal defense, and was properly stricken upon demurrer. The judge of the superior court therefore did not err in overruling the petition for certiorari.

2. The motion to award damages, for bringing up the case for delay only, is meritorious, and statutory damages (Civil Code (1910), § 6213) are therefore assessed against the plaintiff in error.

　　*Judgment affirmed, with damages. Wade, C. J., and Luke, J., concur.*
　　　　　　　DECIDED JUNE 14, 1917.

Certiorari; from Fulton superior court—Judge Pendleton. December 19, 1916.

The plea as amended alleged, in substance, that the defendant, after having taken a course of instruction in pharmacy, believing that he was attending a certain medical college, "a chartered institution authorized by law, and recognized in the medical and pharmaceutical profession in this State and other States, and the medical boards established by law, to be first class, and that its diplomas would be given recognition without further examination of the graduates receiving the same," was informed that he was ready to graduate and would be given a diploma on payment of

$50 (the amount of the note sued on), and he made this note to the plaintiff; that afterwards he made inquiries for the purpose of preparing himself for location in other States, and discovered that several months before the issuance of the diploma the said college had ceased to exist, having become insolvent and gone out of business; that it was not recognized and had no standing in law or in the medical or pharmaceutical profession, and the diploma was without value to him in any sum; and for these reasons the consideration for the note had failed and it was without consideration.

*S. C. Crane,* for plaintiff in error.

*McKinnon & Hulbert,* contra.